United States Bankruptcy Court
Southern District of Florida

Welt,
    Plaintiff

Adv. Proc. No. 15-01230-RBR

Bogart,
    Defendant

# CERTIFICATE OF NOTICE

District/off: 113C-0      User: banoovong      Page 1 of 1      Date Rcvd: Mar 26, 2015
                      Form ID: CGFI14     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 28, 2015.
pla          +Kenneth A Welt,   1776 N Pine Island Rd #102,   Plantation, FL 33322-5200

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                                               TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 28, 2015                                       Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 26, 2015 at the address(es) listed below:
            Lawrence E Pecan    on behalf of Plaintiff Kenneth A Welt lpecan@melandrussin.com,
              ltannenbaum@melandrussin.com;mrbnefs@yahoo.com
                                                                                                                       TOTAL: 1

Form CGFI14  (10/10/14)

**United States Bankruptcy Court**
**Southern District of Florida**
**www.flsb.uscourts.gov**

**Case Number:** 14−34665−RBR

**Adversary Number:** 15−01230−RBR

In re:

**Name of Debtor(s):** Michael Joseph Bogart

−−−−−−−−−−−−−−−−−−−−−−−−−−−−−−−−−−−−−−−−−−−−−−−−−− /

**Kenneth A Welt**

Plaintiff(s)

**VS.**

**Michael J Bogart**

Defendant(s)
−−−−−−−−−−−−−−−−−−−−−−−−−−−−−−−−−−−−−−−−−−−−−−−−−/

ALL DOCUMENTS REGARDING THIS MATTER MUST BE IDENTIFIED BY <u>BOTH</u> ADVERSARY AND BANKRUPTCY CASE NUMBERS

# SUMMONS AND NOTICE OF PRETRIAL/TRIAL IN AN ADVERSARY PROCEEDING

**YOU ARE SUMMONED** and required to file a motion or answer to the complaint which is attached to this summons with the clerk of the bankruptcy court at the address indicated below within 30 days, pursuant to BR 7012, after the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days.

**Federal Building**
**299 E Broward Blvd, Room 112**
**Ft Lauderdale FL 33301**

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

Name and Address of Plaintiff's Attorney
Lawrence E Pecan
Meland Russin & Budwick, P.A.
200 South Biscayne Blvd.
Suite 3200
Miami, FL 33131

If you make a motion, your time to answer is governed by Bankruptcy Rule 7012. Pursuant to BR 7007.1, and Local Rule 7003−1(B)(2) corporate defendants must file a corporate ownership statement.

*Page 1 of 3*

**PRETRIAL CONFERENCE INFORMATION:**

Date: **May 12, 2015**

Time: **09:30 AM**

Location:  **U.S. Courthouse, 299 E Broward Blvd #308, Ft Lauderdale, FL 33301**

**TRIAL INFORMATION:**

**THE TRIAL WILL BE SCHEDULED AT THE PRETRIAL CONFERENCE**

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGMENT BY THE BANKRUPTCY COURT AND JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



**Clerk of Court**

By: Bea Banoovong
Deputy Clerk

Dated: March 26, 2015

*Page 2 of 3*

# CERTIFICATE OF SERVICE

I, _____ (name), certify that service of this summons and a copy of the complaint was made _____ (date) by:

    ☐  Mail Service: Regular, first class United States mail, postage fully pre–paid, addressed to:

    ☐  Personal Service: By leaving the process with defendant or with an officer or agent of defendant at:

    ☐  Residence Service: By leaving the process with the following adult at:

    ☐  Certified Mail Service on an Insured Depository Institution: By sending the process by certified mail addressed to the following officer of the defendant at:

    ☐  Publication: The defendant was served as follows: [Describe briefly]

    ☐  State Law: The defendant was served pursuant to the laws of the State of _____, as follows: [Describe briefly]

If service was made by personal service, by residence service, or pursuant to state law, I further certify that I am, and at all times during the service of process was, not less than 18 years of age and not a party to the matter concerning which service of process was made.

Under penalty of perjury, I declare that the foregoing is true and correct.

Date: _____       Signature: _____

| Print Name: |
| Address: |
| City:                State:                Zip: |

*Page 3 of 3*