UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

In Re:                                                                           Adversary Number: 15-01230

Michael Joseph Bogart
_____/
Kenneth A. Welt
Plaintiff(s)

VS.

Michael Joseph Bogart
Defendant(s)
_____/

## MOTION FOR EXTENSION OF TIME

    **COMES NOW** the debtor Michael Bogart. By and through the undersigned counsel and moves this Honorable Court for entry of an Extension of Time and as grounds therefore states:

    1. Michael Bogart retained the undersigned counsel to represent him on "this adversary complaint" on April 21, 2015.

    2. In the interim, an Adversary complaint was filed March 25, 2015. Time to respond to complaint will be April 27, 2015.

    3. The undersigned had a family medical emergency and had to fly out of the state last night.

    4. The undersigned files this Motion for Extension of time as the responsive pleading and needs additional time to conclude additional documents to respond to complaint.

    5. An additional 30 days will not prejudice any of the parties.

    **WHEREFORE,** the Debtor respectfully requests a Motion for Extension of Time and grant such other relief as may be just and proper.

    **I HEREBY CERTIFY** that a true and correct copy of the foregoing was served to all interested parties listed below on April 23, 2015.

Lawrence E. Pecan
lpecan@melandrussin.com

                                                   /s/ Eric Scott Brumfield
                                                   Eric Scott Brumfield, Esq.
                                                   FBN:90535
                                                   The Law Office of Eric Scott Brumfield
                                                   AET II, 7270 NW 12 ST, Suite 555
                                                   Miami, Florida 33126
                                                   Phone: 305-406-3490
                                                   Fax: 305-406-3489