Case 15-01230-RBR    Doc 11    Filed 05/11/15    Page 1 of 3

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION
www.flsb.uscourts.gov

In re:

MICHAEL J. BOGART,                                              Case No. 14-34665-RBR
                                                                 Chapter 7
    Debtor(s).
_____/

KENNETH A. WELT, as chapter 7 trustee for      Adv. Pro. No. 15-01230-RBR
Michael J. Bogart,

    Plaintiff,

v.

MICHAEL J. BOGART

    Defendants.
_____/

## JOINT PRETRIAL STIPULATION

Kenneth A. Welt, the Chapter 7 Trustee (the *"Trustee"*) for the bankruptcy estate of Michael J. Bogart, and Michael J. Bogart (the *"Debtor"*), hereby file the attached pretrial stipulation and stipulate as follows:

1. On November 5, 2014, the Debtor filed a voluntary petition for relief under Chapter 7 of the Bankruptcy Code. Subsequently, Kenneth A. Welt was appointed as the Chapter 7 Trustee.

2. On his Schedule A, the Debtor claims an interest 300 Three Islands Blvd., Apt. 520, Hallandale FL 33009 (the *"Real Property"*).

3. The Debtor lives in the Real Property.

4. The Debtor claimed the Real Property as exempt under Florida Law.

5.  On May 23, 2012, a jury returned a Verdict (the **"Verdict"**) in *Olivier Family Interests, Ltd., et al. v. Russell Wright, et al.*, Case No. 08-3075-CV-S-DW (the **"RICO Action"**) against the Debtor as to the claim for RICO violations.

6.  On May 31, 2012, the District Court entered a Judgment (the **"Judgment"**), against the Debtor and others including a judgment on a RICO count.

7.  On June 29, 2012, the Debtor filed his Notice of Appeal to the Eighth Circuit Court of Appeals of the Judgment entered against him.

8.  On August 27, 2013, the Eighth Circuit Court of Appeals entered an order affirming the Judgment entered against the Debtor in the U.S. District Court.

9.  On December 31, 2013, the Debtor petitioned for a Writ of Certiorari to the United States Supreme Court.

10. The Writ of Certiorari was denied by the Supreme Court on March 31, 2014.

11. The Writ of Certiorari was denied.

12. The Debtor disputes the validity of the Judgment and believes it was obtained by fraud.

Jointly submitted,

s/ Lawrence E. Pecan
Lawrence E. Pecan, Esquire
Florida Bar No. 990866
lpecan@melandrussin.com
MELAND RUSSIN & BUDWICK, P.A.
3200 Southeast Financial Center
200 South Biscayne Boulevard
Miami, Florida  33131
Telephone: (305) 358-6363
Telecopy: (305) 358-1221
*Attorneys for Trustee*

/s/ Eric Scott Brumfield
Eric Scott Brumfield, Esq.
FBN:90535
The Law Office of Eric Scott Brumfield
AET II, 7270 NW 12 ST, Suite 555
Miami, Florida 33126
Phone: 305-406-3490
Fax: 305-406-3489
*Attorney for the Debtor*

Case 15-01230-RBR    Doc 11    Filed 05/11/15    Page 3 of 3